UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | | |
|---|---|---|
| **Compliance Staffing Agency, LLC** | : | CASE NO: |
| d/b/a Jennmar Services | | |
| 160 Technology Drive | : | |
| Canonsburg, Pennsylvania 15317 | | |
| | : | |
| **Plaintiff** | | |
| | : | |
| v. | | |
| | : | **COMPLAINT** |
| | | |
| **American Resources Corporation** | : | |
| Serve: Mark W. Miracle, Registered Agent | | |
| 437 Fourmile Road | : | |
| Harlan, Kentucky  40831 | | |
| | : | |
| **American Carbon Corporation** | | |
| Serve: Incorp Services, Inc. | : | |
| Registered Agent | | |
| 828 Lane Allen Road, Suite 219 | : | |
| Lexington, Kentucky  40504 | | |
| | : | |
| **McCoy Elkhorn Coal Co.** | | |
| Serve: Incorp Services, Inc. | : | |
| Registered Agent | | |
| 828 Lane Allen Road, Suite 219 | : | |
| Lexington, Kentucky  40504 | | |
| | : | |
| **Octavia J. Foster** | | |
| **Revocable Trust** | : | |
| 5159 Old Rand Road | | |
| La Verne, California 91759 | : | |
| | | |
| **BHS Pike County, LLC** | : | |
| Serve: Billy Howard Smith | | |
| Registered Agent | : | |
| 460 Centerville Drive | | |
| Shepherdsville, Kentucky 40165 | : | |
| | | |
| **Perry County Resources, LLC** | : | |
| Attn: Greg Jensen, Registered Agent | | |
| 12115 Visionary Way, Suite 174 | : | |
| Fishers, Indiana  46038 | | |

| | |
|---|---|
| FUB Mineral, LLC<br>c/o Thomas Sauve, Registered Agent<br>8500 E. 116 Street, Unit 264<br>Fishers, Indiana 46038 | :<br>:<br>: |
| Hazard Coal Corporation<br>c/o Jack E. Whitaker, Registered Agent<br>2750 Paris Pike<br>Lexington, Kentucky 40511 | :<br>:<br>: |
| Hazard Coal & Land Resource Royalties<br>Attn: President<br>P.O. Box 14037<br>Lexington, Kentucky 40512 | :<br>:<br>: |
| **Defendants.** | :<br>: |

Now comes Plaintiff, Compliance Staffing Agency, LLC d/b/a Jennmar Services ("Jennmar") and for its Complaint against Defendant, American Resources Corporation ("American Resources"):

**STATEMENT OF JURISDICTION AND VENUE**

1. This Court has jurisdiction based upon diversity of citizenship, pursuant to 28 U.S.C. 1332(a)(1), as the amount in controversy exceeds $75,000, and this action is between citizens of different states.

2. Plaintiff, Jennmar, is a limited liability company organized and existing under the laws of Pennsylvania, with its principal place of business at 160 Technology Drive, Canonsburg, Pennsylvania 15317.  Jennmar is owned 100% by Calandra Group, LLC ("Calandra Group").  Calandra Group is a limited liability company organized and existing under the laws of Delaware with its principal place of business in Pennsylvania.  The members/ owners of Calandra Group are Karl A. Calandra, Michael F. Calandra, Paul J. Calandra, and the Frank Calandra Family Limited Partnership.  The Frank Calandra Family Limited Partnership is a limited partnership organized and existing under the laws of Pennsylvania with its principal place of business in Pennsylvania.   The members/ owners of the Frank Calandra Family Limited Partnership are Karl A. Calandra, Kara Calandra Charbonneau, and Kim Tohme.  All of the individual members / owners named above are residents and citizens of Pennsylvania.

2

3. Defendant, American Resources, is a company organized and existing under the laws of the State of Indiana, with its principal place of business at 12115 Visionary Way, Suite 174, Fishers, Indiana 456308.

4. Pursuant to 28 U.S.C. 1391(b)(2), venue is proper as Pike and Perry Counties, Kentucky is where a substantial part of the events or omission giving rise to the claims asserted herein occurred.

## GENERAL ALLEGATIONS

5. Plaintiff incorporates herein all prior allegations set forth above.

6. On or about April 15, 2021, Jennmar entered into a General Staffing Agreement with American Resources (See "Agreement" attached hereto as Exhibit 1).

7. Pursuant to the Agreement, Jennmar agreed to provide staffing services to American Resources, and American Resources agreed to pay for those services at the rates provided in the Agreement.

## COUNT I

### (Breach of Contract)

8. Plaintiff incorporates herein all prior allegations set forth above.

9. Jennmar provided staffing services for Defendant American Resources pursuant to the Agreement at two different locations known as the Carnegie 2 Mine located in Pike County, Kentucky and the Perry County Resources Mining Complex located in Perry County, Kentucky from January 16, 2023 until on or about March 19, 2023.

10. Defendant American Resources owes to Plaintiff Jennmar for staffing services furnished at the Carnegie 2 Mine, the amount of $1,296,956.26, and for services furnished at the Perry County mine, the amount of $439,270.01 for a total of $1,736,226.27. A true and accurate copy of the Statement of Account is attached hereto as Exhibit 2 and is incorporated herein.

11. Plaintiff satisfied all conditions precedent entitling it to payment pursuant to the Agreement.

12. Plaintiff has demanded payment from Defendant American Resources, but said Defendant has failed and refused to pay, thereby breaching the Contract.

## COUNT II

### (Foreclosure on the Pike County Lien)

13. All prior allegations set forth above are incorporated herein.

14. To secure payment for the labor services provided on the Carnegie 2 Mine, Plaintiff Jennmar filed a Statement of Mechanic's and Materialman's Lien against any ownership and/ or leasehold interest that Defendant American Resources has in the Carnegie 2 Mine including mineral rights as more fully described in the Statement of Mechanic's and Materialman's Lien attached hereto as Exhibit 3 which was recorded with the Pike County Recorder on September 12, 2023 at Book 12, Pages 296-315 of the Pike County, Kentucky Lien Records.

15. Plaintiff served said Lien Statement as required by law and satisfied all other conditions necessary to perfect said lien.

16. The Lien Statement attached hereto as Exhibit 3 is a valid and subsisting lien on the property rights and mineral interests described therein.

17. The Lien Statement attached as Exhibit 3 should be foreclosed upon and sold as provided by Kentucky law, and the proceeds therefrom applied to satisfy all amounts owed to Plaintiff as described in said Lien, plus interest and attorney fees.

18. Defendants American Resources Corporation, American Carbon Corporation, McCoy Elkhorn Coal Co., Octavia J. Foster, and BHS Pike County, LLC have or may claim some interest in the property and/ or mineral rights being foreclosed upon, and should be required to assert whatever interest, if any, they have or claim or be forever barred.

## COUNT III
### (Foreclosure on the Perry County Lien)

19. All prior allegations set forth above are incorporated herein.

20. To secure payment for the labor services provided on the Perry County Resources Mining Complex, Plaintiff Jennmar filed a Statement of Mechanic's and Materialman's Lien against any ownership and/ or leasehold interest that Defendant American Resources has in the Perry County Resources Mining Complex including mineral rights as more fully described in the Statement of Mechanic's and Materialman's Lien attached hereto as Exhibit 4 which was recorded with the Perry County Recorder on September 13, 2023 at ML 8, Pages 580-581 of the Perry County, Kentucky Lien Records.

21. Plaintiff served said Lien Statement as required by law and satisfied all other conditions necessary to perfect said lien.

22. The Lien Statement attached hereto as Exhibit 4 is a valid and subsisting lien on the property rights and mineral interests described therein.

23. The Lien Statement attached as Exhibit 4 should be foreclosed upon and sold as provided by Kentucky law, and the proceeds therefrom applied to satisfy all amounts owed to Plaintiff as described in said Lien, plus interest and attorney fees.

24. Defendants American Resources Corporation, Perry County Resources, LLC, FUB Mineral, LLC, Hazard Coal Corporation, and Hazard Coal & Land Resource Royalties have or may claim some interest in the property and/ or mineral rights being foreclosed upon, and should be required to assert whatever interest, if any, they have or claim or be forever barred.

WHEREFOR, Plaintiff Plaintiff, Compliance Staffing Agency, LLC d/b/a Jennmar Services demands judgment as follows:

A) Judgment against Defendant American Resources Corporation in the amount $1,736,226.27 plus interest from the due date until paid in full, attorney fees, and costs incurred herein;

B) Judgment against all Defendants foreclosing on the attached Liens, ordering that the property interests and mineral rights described therein be sold as provided by Kentucky law, and the proceeds therefrom applied to satisfy all amounts owed to Plaintiff as described in said Liens, plus interest, and attorney fees; and

C) For such other relief as to which Plaintiff is entitled.

Respectfully submitted,

/s/ *Thomas R. Yocum*
Thomas R. Yocum, Esq. (#79431)
Julie A. Neuroth, Esq. (#88509)
YOCUM & NEUROTH, LLC
1 Levee Way, Suite 3109
Newport, Kentucky  41071
Telephone:  859-291-5500
E-mail: tom@ynlawusa.com
*Attorneys for Plaintiff,*
*Compliance Staffing Agency, LLC*
*d/b/a Jennmar Services*