# Jennmar Services - Detailed Statement of Account

Outstanding amounts aged for days past invoice date



| Last Updated - EST |
|---|
| 4/12/2023 |

| Customer Name | Customer No. | Invoice No. | Invoice Date | Service Start Date | Service End Date | Mine | Mine Location | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| **AMERICAN RESOURCES CORPORATION** | **AMERESOU** | 986229 | Jan 27, 2023 | Jan 16, 2023 | Jan 22, 2023 | Pike | Kimper, KY | 168,595.78 |
| | | 987833 | Feb 3, 2023 | Jan 23, 2023 | Jan 29, 2023 | Pike | Kimper, KY | 199,571.57 |
| | | 989045 | Feb 7, 2023 | Jan 16, 2023 | Jan 22, 2023 | Pike | Kimper, KY | 8,504.70 |
| | | 990423 | Feb 14, 2023 | Jan 23, 2023 | Jan 29, 2023 | Pike | Kimper, KY | 9,424.29 |
| | | 990490 | Feb 14, 2023 | Jan 30, 2023 | Feb 5, 2023 | Pike | Kimper, KY | 1,551.16 |
| | | 990491 | Feb 14, 2023 | Jan 30, 2023 | Feb 5, 2023 | Pike | Kimper, KY | 156,127.58 |
| | | 990492 | Feb 14, 2023 | Jan 30, 2023 | Feb 5, 2023 | Perry County | Hazard, KY | 27,526.06 |
| | | 991399 | Feb 20, 2023 | Feb 6, 2023 | Feb 12, 2023 | Pike | Kimper, KY | 1,551.16 |
| | | 991400 | Feb 20, 2023 | Feb 6, 2023 | Feb 12, 2023 | Pike | Kimper, KY | 210,833.05 |
| | | 991402 | Feb 20, 2023 | Feb 6, 2023 | Feb 12, 2023 | Perry County | Hazard, KY | 29,008.42 |
| | | 991849 | Feb 21, 2023 | Jan 30, 2023 | Feb 5, 2023 | Pike | Kimper, KY | 8,150.34 |
| | | 991966 | Feb 24, 2023 | Feb 13, 2023 | Feb 19, 2023 | Pike | Kimper, KY | 1,485.82 |
| | | 991967 | Feb 24, 2023 | Feb 13, 2023 | Feb 19, 2023 | Pike | Kimper, KY | 196,175.83 |
| | | 991968 | Feb 24, 2023 | Feb 13, 2023 | Feb 19, 2023 | Perry County | Hazard, KY | 31,339.42 |
| | | 993559 | Mar 1, 2023 | Feb 6, 2023 | Feb 12, 2023 | Perry County | Hazard, KY | 7,747.08 |
| | | 993501 | Mar 3, 2023 | Feb 20, 2023 | Feb 26, 2023 | Perry County | Hazard, KY | 1,485.82 |
| | | 993503 | Mar 3, 2023 | Feb 20, 2023 | Feb 26, 2023 | Perry County | Hazard, KY | 206,096.36 |
| | | 993504 | Mar 3, 2023 | Feb 20, 2023 | Feb 26, 2023 | Perry County | Hazard, KY | 28,742.99 |
| | | 994581 | Mar 7, 2023 | Feb 13, 2023 | Feb 19, 2023 | Perry County | Hazard, KY | 7,278.06 |
| | | 994950 | Mar 10, 2023 | Feb 27, 2023 | Mar 5, 2023 | Pike | Kimper, KY | 1,373.22 |
| | | 995336 | Mar 10, 2023 | Feb 27, 2023 | Mar 5, 2023 | Pike | Kimper, KY | 154,826.18 |
| | | 995337 | Mar 10, 2023 | Feb 27, 2023 | Mar 5, 2023 | Perry County | Hazard, KY | 32,239.38 |
| | | 996055 | Mar 14, 2023 | Feb 20, 2023 | Feb 26, 2023 | Perry County | Hazard, KY | 7,790.40 |
| | | 996468 | Mar 17, 2023 | Mar 6, 2023 | Mar 12, 2023 | Perry County | Hazard, KY | 26,308.76 |
| | | 996470 | Mar 17, 2023 | Mar 6, 2023 | Mar 12, 2023 | Pike | Kimper, KY | 131,496.19 |
| | | 996471 | Mar 17, 2023 | Mar 6, 2023 | Mar 12, 2023 | Pike | Kimper, KY | 1,373.22 |
| | | 997336 | Mar 21, 2023 | Feb 27, 2023 | Mar 5, 2023 | Perry County | Hazard, KY | 7,790.40 |
| | | 997640 | Mar 24, 2023 | Mar 13, 2023 | Mar 19, 2023 | Pike | Kimper, KY | 1,260.62 |
| | | 997641 | Mar 24, 2023 | Mar 13, 2023 | Mar 19, 2023 | Pike | Kimper, KY | 116,891.01 |
| | | 997642 | Mar 24, 2023 | Mar 13, 2023 | Mar 19, 2023 | Perry County | Hazard, KY | 25,916.86 |
| | | 998779 | Mar 27, 2023 | Mar 6, 2023 | Mar 12, 2023 | Pike | Kimper, KY | 7,016.70 |
| | | 1000544 | Apr 4, 2023 | Mar 13, 2023 | Mar 19, 2023 | Pike | Kimper, KY | 7,476.09 |
| | | CASH RECEIPT | Mar 16, 2023 | | | | | (86,728.25) |
| **TOTAL:** | | | | | | | | **1,736,226.27** |

**Exhibit 2**