Book: 12     Pages: 296-315 (20)
Name: MECHANICS LIEN
DARRELL PUGH
PIKE COUNTY
09/12/2023 04:26 PM

1037243089

## STATEMENT OF MECHANIC'S AND MATERIALMAN'S LIEN

Notice is hereby given that **Jenmar Corporation ("Jenmar")**, whose address is P.O. Box 111253, Pittsburg, Pennsylvania 15238, claims a lien in the sum of **$1,296,956.26** against any ownership and/or leasehold interest ("Mineral Rights") of **American Resources Corporation**, whose address is 12115 Visionary Way, Suite 174, Fishers, Indiana 46038 which mineral rights are located on or under the real estate, commonly known as "Carnegie 2 Mine" which is located at 2500 – 3000 – 5450 Meathouse Road / Route 194 East, Kimper, Pike County, Kentucky 41539 and is described in Exhibit "A" attached hereto.

Jenmar furnished services for improvement of said property and extraction of minerals pursuant to a contract with American Resources Corporation. Said services were furnished on and prior to March 19, 2023.

The full value of the services that Claimant furnished as described above which is now due and owing is the sum of $1,296,956.26, with interest thereon at the legal rate, and against which there are no remaining just credits or set-offs known to Claimant or Affiant.

STATE OF KENTUCKY       )
                        ) SS:
COUNTY OF CAMPBELL   )

Thomas R. Yocum, being first duly cautioned and sworn, states that he is attorney for Jenmar Corporation, and that the information contained in the foregoing Statement of Mechanic's and Materialman's Lien is true as he verily believes.

Thomas R. Yocum (#79431)
YOCUM & NEUROTH, LLC
1 Levee Way, Suite 3109
Newport, Kentucky 41017
Phone: (859) 291-5500
E-mail: tom@ynlawusa.com

Sworn to before me and subscribed by Thomas R. Yocum, attorney for Jenmar Corporation in my presence this 12th day of September, 2023.

Notary Public

This instrument prepared by: Thomas R. Yocum, Esq., Yocum & Neuroth, LLC, 1 Levee Way, Suite 3109, Newport, Kentucky 41071 - (859) 291-5500.

## MECHANICS LIEN Book 12 Page 296

Exhibit 3

Exhibit A

TRACT 1

Two Town lots situated lying and being in Pike County, KY and in
the town of Lonsville at the mouth of Pond KY bounded and
described as follows:

LOT NO. 1

Beginning at a stone in a Ditch corner of lot purchased off David
Clark; thence running with fence on upper side of cross street N 57
E 20 poles to a Stone at the River S 27 E 8 poles to a stake; thence
S 57 W 18 poles to a stone in said ditch; thence down said ditch N
38 W 8 poles to the Beginning.

### LOT NO. 2

Beginning at the corner of the above named lot on the South east side; thence up the hill to a rock upper corner on the hill of lot purchased by G. W. Gilbert of Daniel Clark, thence down the side of said hill to a stake; thence to the corner of said lot no. 1. Thence to the Beginning.

And being the same property conveyed to Jacob Smith by deed dated the 16th day of May, 1867 from S. H. Wright Commissioner, recorded at Commissioner Deed Book 5, Page 210, Office of the Pike County Clerk.

### TRACT 2

### LOT NO. 1

Beginning at a Stone Lower corner of Jesey Shortridge Lot on Main Streets thence south one Line these of to the River thence down the River to a Maple corner of Moses Williamson Lot thence with one line thereof to Main Street south one Line these of to Main Streets and with the Same to the Beginning containing one and a half acres as deeded to B Williamson to G W Lawson.

### LOT NO. 2

Beginning on a stake at the corner of Main Streets and Cross Street thence up Main Street S 3I E 6 poles to a Stone corner of Moses Williamson Lot and with one line there of N 50 E 13 poles to a sycamore at the edge of the river thence down said river with the meander these of 12 poles and four feet thence leaving said river running by a double sycamore tree to the Beginning.

And being the same property conveyed to Jacob Smith by deed dated the 23rd day of August, 1867 from George W. Lawson, recorded at Deed Book G, Page 318, Office of the Pike County Clerk.

2

**MECHANICS LIEN Book 12 Page 298**

### TRACT NO. 3

Two Certain lots or parcels of land lying and being in Pike County Kentucky known as the Moses Williamson lot and being all that certain land and lots in the town of Lonsville Kentucky at the mouth of Pond Creek and being all that certain tracts of lots described in a certain deed from Hi Williamson & his wife Jane Williamson William Maynard and his wife Victoria Maynard now of record in the clerks office of the Pike County Court of date 17ᵗʰ Nov 1996 & recorded in Book P. Page 393 & reference is made to that deed for boundary this deed is in discharge of a bond of the party of the first to party of the second part of date 19ᵗʰ March 1887.

And being the same property conveyed to Jacob Smith by deed dated June 2, 1897, from John W. Tilley, recorded at Deed Book 26, Page 432, Office of the Pike County Clerk.

### TRACT NO. 4

A certain tract or parcel of land lying and being in the county of Pike and State of KY on the Stratton Fork of Big Creek and bounded as follows:

Beginning at a buckeye and small dogwood opposite the old Mill site on the Meat house fork of Big Creek and running up the center of the drain to at the top of the ridge with Henry Smiths line and joining Jesse Smiths line between Meat house fork of Stratton fork of Big Creek and crossing there on Jesse Smiths corner. Thence running down the ridge with Jesse Smiths line to Stratton fork and crossing Stratton creek and running up the ridge on the lower side of said creek with Jesse Smith line to the top of the ridge between Stratton fork and Dicks fork of Big Creek. Thence running down with the top of the ridge between Stratton fork and Dicks fork to the Floyd Bevins line. Thence turning to the right with said Bevins line to a forked white oak standing on the back near Stratton Creek. Thence running down Stratton fork with the Creek to main Meathouse fork of Big Creek. Thence running up Main Meathouse fork to the beginning. Including all the land in said County being two hundred acres the same more or less.

And being the same property conveyed to Jacob Smith by deeded

3

dated June 4, 1902, from Will M. Smith and Annie F. Smith, his wive, recorded at Deed Book 27, Page 556, Office of the Pike County Clerk.

### TRACT NO. 5

A certain tract or parcel of land lying and in the County of Pike and State of Kentucky on the Stratton fork of Big Creek and bounded as follows:

Beginning at a Buckeye and small Dogwood opposite the old Mill seal in the Meathouse fork of Big Creek and running up with the center of the drain to the top of the ridge with Henry Smiths line and dividing Jessie Smiths line between Meat house fork and Stratton fork of Big Creek and continuing thereon Jesse Smiths corner thence running down the ridge with Jesse Smiths line to Stratton fork and crossing Stratton Creek and running up the ridge on the lower side of said creek with Jessie Smith line to the top of the ridge between Stratton fork and Dicks fork of Big Creek thence running down with the top of the ridge between Stratton fork and Dicks fork to Floyd Bevins line thence turning to the right with said Bevins line to a forked white oak near Stratton creek thence running down Stratton fork with the creek to main Meathouse fork of Big Creek thence running up Main Meat house fork with the creek to the beginning including all the land in said boundary being (200) two hundred acres to the same more or less.

And being the same property conveyed to Jacob Smith by deed dated 13th day of February, 1886, from Ali Smith and Letty Smith, his wife, recorded at Deed Book P, Page 62, Office of the Pike County Court Clerk.

### TRACT NO. 6

A certain tract and boundary of land lying and being in the county of Pike and state of Kentucky on the Wolf Pen fork of Mullins fork of Pond Creek and bounded as follows to-wit:

Beginning at the upper side of the first gate or drain on the right hand side of the Wolf Pen fork thence running up the center of the point to the top thereof the ridge that divides Big Creek from the Wolf Fork thence up the ridge with the top thereof to the Big Creek

4

knob that divides the poplar knob fork from the Wolf Pen fork thence down the fork ridge to the head of the lick branch thence running down the drain to the top of the point between the lick branch and the wolf pen fork dividing on Pricy M smith line to the lots of the first little knob from the main Mullins fork thence from the top of the said knob a straight line to the beginning which is at the mouth of the first gate or drain on the right hand side of the Wolf Pen fork so as to include all the land inside of the within named boundary.

And being the same property conveyed to Jacob Smith by deed dated 18ᵗʰ day of January, 1871, from Benjamin Williamson and Parlie Williamson, his wife, recorded at Deed Book I, Page 20, Office of the Pike County Court Clerk.

TRACT NO. 7

One certain lot or parcel of land known as the Adam Runyon lot in the town of Lonsville Pike County Kentucky being the entire interest of the party of the first part in the property herein described by reason of the party of the first party being heir of Adron Runyon deceased

This deed being in discharge of a bond of date July 11, 1880. Said lot containing about one acre fronting on Tug Fork of Sandy River about 200 yards below the mouth of Pond Creek adjoining said Jacob Smith on the East and Smith and a lot formerly owned by G. W. Gilbert on the west.

And being the same property conveyed to Jacob Smith by deed dated June 2, 1877, from John C. and Laura B. Runyon, his wife, recorded at Deed Book 26, Page 444, Office of the Pike County Court Clerk.

TRACT NO. 8

Beginning at the mouth of the drain on the north side of Meet House opposite where the trap fork now emptys into Meet House fork on a doubledogwood small beech and Brushy top elm thence north 66 ½ east 44 poles to a small sarsis small dogwood small sugar tree and small cucumber standing on the bank of a small drain thence north 63 west running up the drain on this degree to the top

5

**MECHANICS LIEN Book 12 Page 301**

of the point between meet house and trap fork thence up the said point with the center thereof between meet house and trap fork to the head of trap fork to the lines run by George Stump and William Varsan thence turning to the left between Gabril and meet House fork thence running with the top of the hill to the heard of Pinson fork of Pond Creek thence with the top of the Ridge Between said Pinson fork and Meet House to the top of the nob at the head of Mullins fork of Pond Creek thence with the top of the hill Between said Mullins fork and meet house to the top of the nob at the head of Big Creek thence running down the Ridge to the left with the top of the Ridge Between Big Creek and Meet house around to the head of Big Creek and meet house around to the head of the Left hand fork of Dicks fork of Big Creek thence with the cent of the Ridge Between said Left-hand fork of dicks fork and Meet House fork thence with the center of the Ridge to the top of the high nob at the head of the Hess branch where Stump and Canesan made a corner in the big Survey thence leaving the Lines of said Survey and turning down the Ridge with the center thereof Between Hess Branch and Left-hand branch down to the head of the old Hanse Branch thence corner the Ridge and the upper side of said branch with the top of the Ridge to the head of the drain thence down the drain with the center thereof to the Beginning corner as to imbrace all the Land we own from Mouth of trap fork up containing three thousand acres be the same more or less.

And being the same property conveyed to Jacob Smith by deed dated the 27th day of January, 1876, from Isaac Smith and Elizabeth Smith, his wife, recorded at Deed Book K, Page 121, Office of the Pike County Court Clerk.

## TRACT NO 9

## TRACT A

S 33° 37' W 73.26 feet; thence S 23° 14' W 132.00 feet; thence S 05° 51' E 132.74 feet; thence S 10° 12" E 329.83 feet; thence S 13° 20' E 285.03 feet; thence S 05° 54' W 320.45 feet; thence S 00° 12' E 94.80 feet; thence S 01° 08' E 76.73 feet; thence S 15° 29' E 279.98 feet; thence S 58° 26' E 237.98 feet; thence S 46° 53' E 359.89 feet; thence S 09° 44' E 120.77 feet; thence S 47° 17' E 352.93 feet; thence S 66° 06' E 203.80 feet; thence S 57° 05' E 141.93 feet, thence S 51° 09" 43.66 feet; thence S 15° 40' E 72.54

6

feet; thence S 13° 28' W 337.33 feet; thence S 33° 51' W 247.18
feet; thence S 44° 04" W 308.51 feet; thence S 46° 43' W 110.30
feet; thence S 34° 57' W 219.61 feet; thence S 38° 53' W 208.25
feet; thence S 44° 00' W 194.93 feet; thence S 50° 35' W 183.71
feet; thence S 36° 09' W 277.91 feet; thence S 02° 42' W 279.22
feet; thence S 12° 31' W 189.18 feet; thence S 13° 45' W 270.81
feet; thence S 07° 18' E 546.17 feet; thence S 49° 47' W 473.06
feet; thence S 40° 15' W 4328.75 feet; thence S 35° 01' W 366.51
feet; thence S 29° 04' W 282.41 feet; thence S 75° 11' W 159.48
feet; thence S 83° 33' W 511.14 feet; thence N 48° 37' W 389.77
feet; thence N 72° 30' W 990.52 feet, thence N 49° 50' W 208.52
feet; thence N 11° 10' W 382.61 feet; thence N 21° 21' W 98.26
feet; thence N 09° 07; E 297.34 feet; thence N 20° 07, E 246.50
feet, thence N 11° 36' W 206.92 feet; thence N 43° 54' E 347.27
feet; thence N 28° 15' E 251.89 feet; thence N 08° 22' E 201.68
feet; thence N 16° 28'E 428.71 feet; thence N 13° 32' W 275.29
feet; thence N 15° 33' W 225.45 feet; thence N 48° 25' W 304.93
feet; thence N 35° 47' W 397.81 feet; thence S 87° 08' W 105.88
feet; thence S 78° 45' W 372.17 feet; thence

## TRACT B

N 71° 16° W 108.39 S 86° 42' W 198.03 feet; thence S 88° 11'
315.36 feet to a point; thence N 38° 50' to a point; thence in an
easterly direction 3950' to the place of beginning, containing 575
acres more or less.

## TRACT C

N 40° 19 W 475.87 feet; N 17° 52 W 374.27 feet; N 22° 04 W
415.81 feet; N 39° 00 W 316.48 feet, N 26° 42 E 224.80 fee; N 17°
11 W 264.36 feet; N 8° 28 W 267.04 feet; N 3° 14 E 201 29 feet,
N 10° 40 W 162.91 feet; N 29° 13 W 204.05 feet; N 16° 01 W
141.67 feet; N 35° 59 W 321.52 feet, N 56° 29 W 148.71 feet; N
61° 27 W 193.09 feet; N 55° 41 W 197.82 feet, N 80° 18 W 154.58
feet; N 83° 49 W 321.66 feet, N 35° 15 W 182.65 feet; N 70° 03 W
246.13 feet; N 73° 31 W 342.01 feet; N 26° 36 W 211.69 feet, N
36° 15 W 212.49 feet; N 88° 44 W 208.60 feet; N 62° 09 W 169.63
feet; N 57° 29 W 302.05 feet, N 49° 02 W 217.40 feet; N 71° 44 W
196.23 feet to two black oaks on top of said spur; thence leaving
same and down the hill S 35° 57 W 124.72 feet; S 25° 16 W 180.68

7

feet; S 17° 24 W 122.94 feet; S 24° 56 W 213.43 feet; S 19° 48 W 28.93 feet to a large elm on the bank of the left fork of Dicks Creek; thence crossing said creek and up hill; S 26° 41 W 125.35 feet, S 35° 57 W 197.73 feet, S 36° 16 W 169.48 feet; S 49° 06 W 230.04 feet; S 49° 49 W 119.46 feet; S 44° 37 W 31.74 feet to a white oak on top of the ridge between the left and right forks of Dicks Fork; thence up said ridge S 40° 28 E 262.64 feet; S 33° 34 E 186.30 feet; S 19° 10 E 244.79 feet; S 33° 52 E 264.86 feet; S 6° 56 W 222.55 feet; S 20° 51 E 240.43 feet; S 2° 31 E 284.53 feet, S 25° 13 E 143.19 feet; S 12° 30 E 143.19 feet; S 12° 30 E 157.85 feet; S 11° 40 E 259.58 feet; S 2° 33 E 182.40 feet; S 8° 53 W 215.96 feet, S 25° 58 E 139.72 feet; S 15° 48 E 262.31 feet; S 3° 57 W 123.18 feet, S 25° 56 W 116.81 feet; S 7° 10 E 259.90 feet; S 22° 35 W 215.26 feet; S 8° 15 W 159.52 feet; S 40° 21 E 189.34 feet; S 32° 30 E 361.21 feet, S 3° 30 E 281.59 feet, S 62° 42 E 181.16 feet, S 72° 41 E 237.75 feet· N 83° 14 E 189.99 feet, S 44° 47 E 219.21 feet; S 63° 25 E 247.56 feet· S 2° 38 E 234 32 feet; S 13° 25 E 240.86 feet, S 18° 45 E 254.26 feet: S 54° 43 E 266 49 feet: S 44° 51 E 155.74 feet. S 25° 03 E 96 98 feet, S 24° 42 E 251.92 feet; S 10° 07 E 192.62 feet, S 19° 09 E 200.70 feet, S 28° 10 E 56.76 feet to stake on top of the dividing ridge between the waters of Dicks Fork of Big Creek and the Meathouse Fork of Johns Creek; thence leaving the top said ridge and running N 23° 30 E 4695 feet to the beginning, containing 525 acres, more or less

And being the same property patented to Jacob Smith by the Commonwealth of Kentucky

### TRACT NO. 10

Beginning on the first knob between The Caney Branch and old house Hollow the right side of Caney dividing on Jane Taylor's line thence running up the fork ridge with the center thereof to the lot of the dividing ridge between Big Creek and Caney Branch thence with the top of the ridge around the head of the Caney fork to top of the big branch between the Wolf Pen fork and Big Creek and Caney Branch Thence running down the fork ridge between the Wolf Pen Fork and Caney fork Thence down the point with the center thereof to The first little point from the Caney field corner of Jane Taylor corner. Thence running with her line crossing the branch to the beginning.

8

And being the same property conveyed to Jacob Smith by deed dated, the 28th day of May, 1884, from George W. P. Bevins and Sarah Bevins, his wife, recorded at Deed Book O, Page 146, Office of the Pike County Court Clerk.

## TRACT NO. 11

Beginning on a sycamore standing just back of Alexander Runyons lot known as the G. W. Gilbert lot on the dividing line between said John Smith and Jacob Smith . Thence running up the drain with the said line S 31° West about 55 poles to the two Black oak sprouts on the top of the Ridge between the River and James branch on the dividing line between said John Smith Jacob Smith and Hammon Williamson. Thence running up on the top of said ridge with the said line S 38 E 32 poles to a white oak and black oak on the top of said ridge being the line between said John Smith and Thomas Harris land and Hammon Williamson. Thence running with the dividing line between said John Smith and Thomas Harris down the point of the Ridge N 30 E 33 poles to a stake on the top of said point . Thence N 60 E 13 poles to a stake on the dividing line between the said John Smith and Jacob Smith . Thence N 16 W 16 poles to a peach tree. Thence N 59 E 26 poles to a stake. Thence with Jacob Smith's line to the River's edge . Thence down the River to where a square line will run with the upper side of the Jas. M. Jackson lot . Thence with the upper line of said lot the upper and back corner. Thence down the River with the back line thereof to the Lower back corner of Jas. M. Jackson Lot and upper and back corner of Adron Runyon lot . Thence running down the River with the dividing line between said John Smith and Adron Runyon to the back and lower corner and dividing line between said Alex Varney lot known as the G. W. Gilbert. Thence running down the River with the dividing line between said Alex Varney or G.W. Gilbert and said John Smith down to opposite where a square line will run to the beginning thence to the beginning.

And being the same property conveyed to Jacob Smith by deed dated the 23 rd day of January, 1878, recorded at Deed Book K, Page 530, Office of the Pike County Court Clerk.

9

## TRACT NO. 12

### LOT NO. 1

Beginning at a white oak beech and spanish oak on the top of a cliff of rocks on the point on the lowers side of Pond Creek thence down the point N 74 E 16 poles to a beech and stone in the bank of said Pond Creek thence down said creek N 24 E 12 poles to a stone in the bed of said creek at the mouth  Thence down the river N 30° 30' W 14 12/ poles to a stake upper corner of John Smith's lot thence with the upper line thereof S 59 W 30 poles to the corner of a fence in a drain S 26 E 14 poles to a stake at or near the dividing line of said Smith and Thomas Harris on a point .  Thence down said point N 76 E 41 poles to a stake N 86 E 5 poles tot he Beginning. Containing 3 ½ acres more or less.

### LOT NO. 2

Beginning at a gate post corner of Main Street and Crop Street thence down Main Street N 31 W 47 poles to a stake corner of Strattons lot thence S 58 30' W 20 poles to a stake near the foot of a hill S 42 E 47 14 poles running a straight line so as to run in the upper side of a black walnut with the foot of the hill a little below David Clarks house to a stake on the lower side of Crop Street thence with said street N 58 E 10 3/4 poles to the Beginning. Containing Two and three-quarters acres the same more or less.

And being the same property conveyed to Jacob Smith by deed dated the 17th day of August, 1861, from Benjamin Williamson, Sr. and Esther Williamson, his wife, recorded at Deed Book E, Page 510, Office of the Pike County Court Clerk.

## TRACT NO. 13

Beginning on the fork point between Daniel May branch and a small branch below where Hiram Criger lines on the left hand side of Dicks fork of Big Creek at two chestnut oaks on a knob on a line of a survey made in the name of Benjamin Williamson thence with the calls of same south 26 W 66 poles to 2 cucumbers and a black gem in a branch a former corner made in the name of Benjamin Williamson Jr. then on up the branch S 46 poles to a white oak and

10

beach S 25 E 173 poles to a stake N 81 W 182 poles to a sugar tree and hickory the beginning corner of survey made in the name of said Williamson Jr. thence leaving said lines S 47 E 200 poles running up Dicks fork on the Left hand side to a sour wood and 3 black oaks and beech thence with the courses and direction of said survey to 5 hickorys and chestnut oak on the dividing ridge between said Dicks Fork and Stratton fork of Big Creek thence leaving the lines of said survey turning down the main ridge between said Dicks fork and Stratton fork on the top of said ridge coming near the Beginning at the right-hand side of the head of Daniel May branch thence turning down the fork point between said Mays branch and a branch between said Hiram Criger to the beginning 200 acres more or less.

And being the same property conveyed to Jacob Smith dated the 31st day of March, 1877, from Benjamin Williamson, Sr and Esther Williamson, his wife, recorded at Deed Book L, Page 73, Office of the Pike County Court Clerk.

### TRACT 14

Beginning on 5 chestnut oaks standing on the top of a ridge at the head of the Jesse Branch a corner of a survey of Benjamin Williamson thence S 84 W 21 poles to a chestnut oak on a point. Thence running up point N 50 W 68 poles to a Hickory and Maple N 80 W 32 poles to an Hickory & Birch on the end of said point Thence S 8 W 36 poles to a bunch of beeches and on the bank of the creek Thence running down the said creek N 20 E 18 poles to a Black walnut on the bank ok of said creek at the mouth of a drain Thence 47 W 56 poles to a bunch of chestnuts on a point Thence running down said point N 64 E 18 poles to an ash and Hickory N 3 E 74 poles to a bunch of Buckeyes on the bank of the Mill pond on said Big Creek N 20 poles to a stake at the edge of said small and N 70 W 22 poles to a bunch of maples on the bank of said creek S 84 W 14 poles to a bunch of buckeyes S 68 W 48 poles to a buckeye & ash. Thence S 30 W 30 poles to 2 hickories birch & Dogwood on a point S 66 W 47 poles to a chestnut oak and Survey on a point. Thence running down said point N 23 E 28 poles to a chestnut oaks on a point N 2 E 26 poles to a chestnut & Sourwood E 10 poles to two white oaks N 58 E 24 poles to a maple, dogwood & hickory on a point. Thence N 61° 30' E 250 poles to a stake S 390 poles to the beginning.

11

And being the same property conveyed to Jacob Smith dated the
11ᵗʰ day of January, 1871, recorded at Deed Book I, Page 19,
Office of the Pike County Court Clerk.

### TRACT 15

Beginning at the mouth of a drain at the lower end of John
Thackers field thence up said drain with the center thereof to top of
ridge thence with the top down said ridge with the George Stanley
line crossing said Dicks Fork to the top of the ridge with said
Stanleys line between Stratton and said forks thence up the ridge
with the top thereof to a drain just above opposite the beginning
corner thence down said drain with the center thereof to the creek
down to opposite the beginning thence to the beginning.

And being the same property conveyed to Jacob Smith by deed
dated the 21ˢᵗ day of April, 1884, from James Smith and America
Smith, his wife, recorded at Deed Book I, Page 19, Office of the
Pike County Court Clerk.

### TRACT 16

Beginning at a sugar tree and beech just above the field known as
the fork field on right-hand side thence crossing the creek to an elm
thence with the line of lands formerly deeded to Harman and Mary
Crigger up the center of a small hollow up the hill to the line of Ben
Williamson thence with said line of Benjamin Williamson up the
creek to the line of Johnathan Gannon & wife thence a strait line
with said line of Johnathan Gannon to a beech on right side of bank
of creek a corner of said Gannons and thence up the point to lands
of James Burris former surveyed by Franklin King and thence with
said line down the creek to where a strait line will come square with
the beginning thence to the Beginning.

And being the same property conveyed to Jacob Smith by deed
dated the 14ᵗʰ day of September 1872, from Johnathan Gannon and
Perlicia E. Gannon, his wife, recorded at Deed Book I, Page 454,
Office of the Pike County Court Clerk.

12

**MECHANICS LIEN Book 12 Page 308**

### TRACT 17

Beginning at two beeches on the east fork of said creek about 80 poles above A Williamson survey then S 4 EW 28 poles to a beech sugar tree & maple S 69 E 51 poles to a buckeye N 80 E 84 poles to a Birch S 50 E 75 poles to two Beeches N 50 E 42 poles to a Gum and Poplar N 22 E 28 poles N 40 30 W 79 poles to a white oak & beech S 85 W 73 poles to the beginning.

And being the same property conveyed to Jacob Smith by deed dated the 4th day of May, 1870, from W O B. Ratliff, Commissioner recorded at Deed Book H, Page 298, Office of the Pike County Court Clerk.

### TRACT 18

Beginning at a beech on the dividing line between said Benjamin Williamson and Jerimiah Statridge on the bank of Tug River thence running with the said line N 59 E 3 poles to a stake in the river edge thence running up the river S 30 E 4 poles and E 1 link to a stake in the edge of the river thence S 58; 30 W 1 pole and 4 links to a stance on the corner of Mulberry and Main Street thence down Main Street N 81 W 3 poles and 21 links to a stance on the lower end of said lot dividing between said Benjamin Williamson and Jerimiah Statridge thence with the same line N 59 E 11 2/3 poles to the beginning corner, on the Benjamin Williamson lower store house lot containing 1 acre more or less.

And being the same property conveyed to Jacob Smith by deed dated the 4th day of November, 1968, from Benjamin Williamson, Sr., and Ether Williamson, his wife, recorded at Deed Book G, Page 438, Office of the Pike County Court Clerk

### TRACT 19

Beginning on two black oaks  as the top of the ridge between Tug River and James Branch on the dividing line between said Benjamin Williamson and Hammond Williamson thence running down     the hill side  strait line to a sycamore in the mouth of the drain just above George Gilbert lot which is to be the dividing line between said Jacob Smith and John Smith thence N 51 .30 E 56 poles to a planted stance on the dividing line on the upper side George W. Gilbert lot to be dividing line between said Gilbert and Jacob Smith

13

thence running with said line N 40 30  1  1/3 poles to a planted stance at the lower corner of George W. Gilbert a lot thence N 57 E 5 2/3 poles and a half link to a stake N 35 W 2 poles to a stake on the upper corner on the back alley thence N 58 E 9 poles 6 links to a stance on the corner of said alley and main street thence running down said main street N 30 E 30 W 51 poles and q links to a stance thence N 24 E 18 poles to a stake at the ridge edge thence down the river running with the meanders thereof to the mouth of staith rock drain dividing line between said Benjamin Williamson and Hammond Williamson thence running up said drain with the center thereof to the top of the ridge the dividing line between said Benjamin Williamson and said Hammond Williamson thence running up the ridge with the top thereof 2 black oaks sprouts the beginning corner containing 50 acres be the same more or less.

And being the same property conveyed to Jacob Smith by deed dated the 17th day of October 1868, from Hiram W. Stratton, recorded at Deed Book G. Page 438. Office of the Pike County Court Clerk.

TRACT 20

Beginning at a post on Main street on the dividing line between said Stratton and Jacob Smith thence with said line S 58 30 W 8 poles to a stone thence N 1  W 5 poles to a Sycamore thence N 58 30 E 8 poles to a stone so said Main Street thence S 31 degrees E 5 poles to the Beginning.

And being the same property conveyed to Jacob Smith by deed dated April 30, 1884, from Wallace J. Williamson, recorded at Deed Book G, Page 437, Office of the Pike County Court Clerk.

TRACT 21

A lot of ground in Lousville, in Pike County, Kentucky known as the Adron Runyon lot, described as follows: Bounded on the front by Tug River on the lower side by what was known as the Gilbert-lot on the back side by Jacob Smith a lot, on the upper side by what is known as the Jackson lot all the lots as herein described boundary to the lot conveyed now belongs to Jacob Smith.

And being the same property conveyed to Jacob Smith by deed dated the 31st day of August 1883, from Asa Runyons, et al,

14

recorded at Deed Book Q, Page 65, Office of the Pike County
Court Clerk.

### TRACT 22

### TRACT A

Beginning on the right side of the left hand fork of the Dicks fork of
Big Creek on a small hickory in the gap up the right ridge of Hess
Branch on line of Survey made in line of Issac Smith S 37 W 40
poles to a Hickory Sugar tree and black oak corner tree of said
Smith S 58 west 40 poles to three chestnut oak and black Locust
corner tree of survey made in the name of Franklin King thence
with calls of said Survey N 52 E 77 poles to a stake thence S 11 E
40 poles to the Beginning containing 20 acres

### TRACT B

Beginning at a maple & small chestnut on the bank of said fork a
corner of a 50 acre survey made in the name of Benjamin
Williamson thence with calls thereof S 30 W 60 poles to two
beeches no a branch thence S 8 W 60 poles to a Sugartree small ash
on a bench S 72 W 32 poles to a small Hickory in the gap of the
head of the Hess branch on line of Survey made in name of James
Smith thence S 87 E 72 poles to a chestnut oak & black oak on top
of a knob thence N 55 E 50 poles to a stake hence N 6 W 150 poles
to the Beginning containing 30 acres.

And being the same property conveyed to Jacob Smith by deed
dated this 14ᵗʰ day of September 1872, from Johnathan Gannon and
Perlicia Gannon, his wife, recorded at Deed Book I, Page 455,
Office of the Pike County Court Clerk.

### TRACT 23

Beginning at a small beech on the side of a hill just outside of fence
near the lower end of the Indian Grace field thence a straight line
across said field to a Double beech on right-side of said creek said
line crossing the field about one hundred yards from lower end of
field thence from double beech to the top of the hill in same

15

**MECHANICS LIEN Book 12 Page 311**

directions & line are from Beginning corner thence with the top of said ridge down the creek to the line of Benjamin Williamson thence with line of Benjamin Williamson down the hill to the creek and crossing the same and out with said line to the to of the ridge on left-side of the creek thence with the ridge to where a straight line will be opposite the Beginning thence to Beginning so that said line will be straight to top of hill on each side.

And being the same property conveyed to Jacob Smith by deed dated the 14th day of January, 1875, from James M. Williamson, recorded at Deed Book J, Page 505, Office of the Pike County Court Clerk.

### TRACT 24

### TRACT A

Beginning on three small poplars standing on the right hand of said creek a short distance before said Smith house thence running up said right hand side there of S 68 E 68 poles to 2 beeches on a bench in Sugar Camp Hollow N 83 E 19 poles to a beech S 71 E 22 poles to a double beech thence N 35 E 100 poles Crossing said creek to a stake on Lick branch N 43 W 35 poles to a stake thence S 61 W 150 poles to the beginning.

### TRACT B

Beginning on three small poplars corner of the above Survey thence up said creek S 64 E 68 poles to 2 beeches N 83 E 19 poles toa beech S 71 # 22 poles to a double beech opposite said Smith House S 40 N 100 poles to a stake N 20 W 122 poles to the beginning.

And being the same property conveyed to Jacob Smith by deed dated the 23rd day of April, 1867, from Varney Smith and Mahala Smith, his wife, recorded at Deed Book G, Page 162, Office of the Pike County Clerk.

### TRACT 25

Beginning at the dividing line just below the mouth of Dicks fork Between John Smith and said Jesse Smith thence across the field on

16

the north side a Strait line to the top of the point on the upper side of Spring Branch thence with the top of the point around to the dividing line between said Jesse Smith and Hersey Smith thence Running South with said dividing line down to said White Walnut Bushes on the bank of the creek thence crossing said creek and to the top of the Ridge on the South side of the creek thence with the top of the Ridge Between said Jesse Smith and Benjamin Williamson as surveyed by George Stump to the point on the upper side of the hollow where the said Jesse Smith has lines thence down said point and with center there of to some Wood & Sugar trees beech Birch on the east bank of Dicks fork as Survey and marked by large stump corner between said Jesse Smith and James Smith thence down said Dicks fork a short distance to the mouth of drain dividing line between said Jesse Smith and James Smith thence up said drain with the center there of which is the dividing line Between said Jesse Smith & James Smith to the top of the ridge on the lower side of Dicks fork thence down said point with the dividing line Between said Jesse Smith & Issiah Smith to the creek just above Issiah Smith House as Run by George Stump thence up said creek to the Beginning. To include all Land owned by Said Jesse Smith within said Boundary containing fifty acres.

And being the same property conveyed to Jacob Smith by deed dated the 30th day of August 1867, from Jesse Smith and Hester Smith, his wife, recorded at Deed Book G, Page 317, Office of the Pike County Court Clerk.

### TRACT 26

All of our shares of the undivided Lot or land bought by our father Adron Runyons of B. Williamson Sr. Decd in the town of Loneville, Kentucky on Tug River on the lower side of Pond Creek and adjoining the G. W. Gilbert lot on the lower side and the Jas. W. Jackson lot on the upper side and Jacob Smith on the Back side and the other end fronting the river containing three forths acres be the same more of less.

And being the same property conveyed to Jacob Smith by deed dated the 31st day of August, 1993, from Asa R. Runyons and Sarah Runyons, his wife, Williams A. Runyons and J Nelley Runyons, his wife, John Ruthaford and Vicy Ruthaford, his wife, and Adron Runyons and Elizabeth Runyons his wife, recorded at Deed Book N, page 561, Office of the Pike County Court Clerk.

17

**MECHANICS LIEN Book 12 Page 313**

### TRACT 27

Beginning at the end of the Point on the right hand side of lick hollow and running up the same to the top where it divides the Wholf pen and the Lick branch and point thence Running up the dividing point of the top of the right where it divides Big Creek & Mulling fork on a Point thence running with the different calls and courses of a survey made by James K. Jackson dated on the _____ day for one thence up the fork on the top of the ridge on a point in the head of said fork and across the level ridge with my outside line opposite of the lower point of the said lick branch thence leaving said line of the said survey and running a straight line across the hill crossing the said Mullins fork to the lower point of the said lick branch to the Beginning point.

And being the same property conveyed to Jacob Smith on the 29th day of April, 1870, recorded at Deed Book H, Page 296, Office of the Pike County Court Clerk. Also, being a portion of the same property inherited by Billy Howard Smith by Affidavit of Descent of Ike W. Smith dated January 30, 1943 and recorded at Deed Book 583, Page 430, Office of the Pike County Clerk. Ike W Smith derived is 1/3 undivided interested in the above described property by the Last Will and Testament of Jacob Smith dated May 21, 1906 and recorded at Will Book B, Page 350, Office of the Pike County Court Clerk.

### TRACT 28

BEGINNING at a point on the top of the ridge between Pinson Fork and Mullins Fork of Pond Creek in a line of the J.W. T. Ramey 32 acre tract bearing S 5 40 W from a Locust Corner of said tract; thence with lines of same S 5 40 W 353. 29 ft. To a chestnut oak and redbud, a corner of Adron May 28.4 Acre Tract, thence leaving the J.W.T. Ramey Tract and with the lines of the Adron May Trace S 54.24 W 233.88 ft. to a sourwood, S 66.29 W 268 2 ft. to a sourwood and chestnut S 24.34 W 381.18 ft. To a chestnut oak and white oak stump, S 77.02 W 303.71 ft. to two small hickories, S 40.23 W 187.6 ft. To two small hickories, S 40.23 W 187 6 ft. To a chestnut oak, S 37.22 W 120.22 ft. To a chestnut oak and small black oak, S 26. 08W 176.77 ft. To a sarvia, black oak and hickory, S 5. 58 E 183 98 ft. To a hickory, black oak and

18

locust, a corner of the lands of Dollie Trent; thence leaving the top of the ridge and with the line between the lands of Adron May and Dollie Trent S 62.49 E 90.64 to a hickory, S 51.40 E 532.92 Ft. to a pple tree on the side of the hill, a corner of the Adron May Reservation; thence leaving the line of the Dollie Trent lands and with the line of the May Reservation N 31.28 E 445.0 ft. To a stake; N 55.41 E 116.96 ft. To a stake; N 48.53 E 264.0 ft. To a small elm on a hill side, S 47.47 E 84.0 ft. To a stake on the west bank of Pinson Fork; thence down Pinson Fork, N 40 E 546.94 ft. To a stake on the west bank of said Fork, N 41.38 E 361.0 ft to a stake where a willow is called for as a corner of the J.W.T. Ramey and Adron May Tracts, thence with the lines of the J.W.T. Ramey Tract N 31.57 E to a stake, N 25.34 E 244.0 ft. To a stake, N 7.25 E 267.0 ft. To a stake, N 14.58 E 356.92 ft. To a stake on the west bank of Pinson Fork; thence leaving the boundaries lines of the J.W.T. Ramey Tract N 79.13 W 812.4 ft. To the Beginning, containing 44.82 acres.

STATE OF KENTUCKY
COUNTY OF PIKE, Sct.
I, DARRELL PUGH, Clerk of Pike County Court, do certify that the foregoing MECHANICS LIEN was on 09/12/2023 lodged in my office for record, and that it has been duly recorded in my said office, together with this and the certificate thereon endorsed.
Given under my hand.
DARRELL PUGH, CLERK

19

**MECHANICS LIEN Book 12 Page 315**