**PERRY COUNTY**
**ML8     PG580**

## STATEMENT OF MECHANIC'S AND MATERIALMAN'S LIEN

Notice is hereby given that **Jenmar Corporation ("Jenmar"),** whose address is P.O. Box 111253, Pittsburg, Pennsylvania 15238, claims a lien in the sum of **$439,270.01** against the ownership and/or leasehold interest ("Mineral Rights") of **American Resources Corporation**, whose address is 12115 Visionary Way, Suite 174, Fishers, Indiana 46038 which mineral rights are located on or under the real estate, commonly known as "Perry County Resources Mining Complex" which is located at 1845 S. KY Highway 15 (Davidson Branch), Hazard, Perry County, Kentucky 41701 and is described in Exhibit "A" attached hereto.

Jenmar furnished services for improvement of said property and extraction of minerals pursuant to a contract with American Resources Corporation. Said services were furnished on and prior to March 19, 2023.

The full value of the services that Claimant furnished as described above which is now due and owing is the sum of $439,270.01, with interest thereon at the legal rate, and against which there are no remaining just credits or set-offs known to Claimant or Affiant.

STATE OF KENTUCKY        )
                         ) SS:
COUNTY OF CAMPBELL       )

Thomas R. Yocum, being first duly cautioned and sworn, states that he is attorney for Jenmar Corporation, and that the information contained in the foregoing Statement of Mechanic's and Materialman's Lien is true as he verily believes.

_____
Thomas R. Yocum (#79431)
YOCUM & NEUROTH, LLC
1 Levee Way, Suite 3109
Newport, Kentucky 41017
Phone: (859) 291-5500
E-mail: tom@ynlawusa.com

Sworn to before me and subscribed by Thomas R. Yocum, attorney for Jenmar Corporation in my presence this 12th day of September, 2023.

_____
Notary Public

DOCUMENT NO: 276704
RECORDED: 9/13/2023 2:53:40 PM
VIA ERECORDING
TRANSFER TAX: $0.00
TOTAL FEES: $46.00
COUNTY CLERK: WAYNE NAPIER
DEPUTY CLERK: deputy
COUNTY: PERRY COUNTY
BOOK: ML8    PAGES: 580-581

This instrument prepared by: Thomas R. Yocum, Esq., Yocum & Neuroth, LLC, 1 Levee Way, Suite 3109, Newport, Kentucky 41071 - (859) 291-5500.

**Exhibit 4**

PERRY COUNTY
**ML8      PG581**

EXHIBIT A

All property rights and interests acquired by Borrower in the deed from Lender to Borrower dated October 1, 2021 and recorded in Deed Book 418, Page 135 in the records of the Perry County Clerk ("*Borrower's Deed*") being the interests acquired by Lender (and transferred to Borrower by the Borrower's Deed) in and to the coal strata known as the "*Amburgey*" and "*Elkhorn #3*" seams of coal, and only those seams of coal, which are located on the tracts of property in Perry County, Kentucky described in the deed to Lender which is recorded in Deed Book 331, Page 645 in the records of the Perry County Clerk (the "Johnson Heirs Deed"), together with the Easement described in the Borrower's Deed.

Being the same property conveyed to Borrowers by deed dated Oct 1st 2021, executed simultaneously herewith and of record in the Deed Book 418, Page 135 of the Perry County Clerk's Office and a portion of the property conveyed to Lender by the Johnson Heirs Deed described above.

DOCUMENT NO: 276704
RECORDED: 9/13/2023 2:53:40 PM
VIA ERECORDING
TRANSFER TAX: $0.00
TOTAL FEES: $46.00
COUNTY CLERK: WAYNE NAPIER
DEPUTY CLERK: deputy
COUNTY: PERRY COUNTY
BOOK: ML8    PAGES: 580-581