UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | | |
|---|---|---|
| **Compliance Staffing Agency, LLC** | : | CASE NO: |
| d/b/a Jennmar Services, LLC | | |
| f/k/a Jennmar Corporation | : | |
| 160 Technology Drive | | |
| Canonsburg, Pennsylvania 15317 | | |
| | : | |
| **Plaintiff** | | |
| | : | |
| v. | | |
| | : | **FIRST AMENDED COMPLAINT** |
| | | |
| **American Resources Corporation** | : | |
| Attn: Thomas M. Sauve, President | | |
| 12115 Visionary Way, Suite 174 | : | |
| Fishers, Indiana 46038 | | |
| | : | |
| **American Carbon Corporation** | | |
| Serve: Incorp Services, Inc. | : | |
| Registered Agent | | |
| 828 Lane Allen Road, Suite 219 | : | |
| Lexington, Kentucky 40504 | | |
| | : | |
| **McCoy Elkhorn Coal LLC** | | |
| 12115 Visionary Way, Suite 174 | : | |
| Fishers, Indiana 46038 | | |
| Serve: Incorp Services, Inc. | : | |
| Registered Agent | | |
| 828 Lane Allen Road, Suite 219 | : | |
| Lexington, Kentucky 40504 | | |
| | : | |
| **Octavia J. Foster** | | |
| **Revocable Trust** | : | |
| 5159 Old Rand Road | | |
| La Verne, California 91759 | : | |
| | | |
| **BHS Pike County, LLC** | : | |
| Serve: Billy Howard Smith | | |
| Registered Agent | : | |
| 460 Centerville Drive | | |
| Shepherdsville, Kentucky 40165 | : | |
| | | |
| **Perry County Resources, LLC** | : | |

| | |
|---|---|
| **Serve: Greg Jensen, Registered Agent**<br>**12115 Visionary Way, Suite 174**<br>**Fishers, Indiana 46038** | : |
| | : |
| **FUB Mineral, LLC**<br>**Serve: Thomas Sauve, Registered Agent**<br>**8500 E. 116 Street, Unit 264**<br>**Fishers, Indiana 46038** | : |
| | : |
| **Hazard Coal Corporation**<br>**d/b/a Hazard Coal & Land Resource**<br>**Royalties**<br>**Serve: Jack E. Whitaker, Registered**<br>**Agent (Kentucky)**<br>**P.O. Box 14037**<br>**2750 Paris Pike**<br>**Lexington, Kentucky 40511**<br>**Also Serve: Capitol Corporate Services,**<br>**Inc., Registered Agent (Virginia)**<br>**10 S. Jefferson Street, Suite 1400**<br>**Roanoke, Virginia 24011** | :<br><br>:<br><br>:<br><br>:<br><br>: |
| | : |
| **Kentucky Power Company**<br>**Serve: C T Corporation System**<br>**306 W. Main Street, Suite 502**<br>**Frankfort, Kentucky 40601** | : |
| | : |
| **Defendants.** | : |

Now comes Plaintiff, **Compliance Staffing Agency, LLC d/b/a Jennmar Services, LLC f/k/a Jennmar Corporation ("Jennmar")** and for its First Amended Complaint against Defendants, **American Resources Corporation ("American Resources")**, American Carbon Corporation ("**American Carbon**"), McCoy Elkhorn Coal Co. ("**McCoy**"), the Octavia J. Foster Revocable Trust ("**Foster Trust**"), BHS Pike County, LLC ("**BHS**"), Perry County Resources, LLC ("**Perry County Resources**"), FUB Mineral, LLC ("**FUB**"), Hazard

Coal Corporation sometimes d/b/a Hazard Coal & Land Resource Royalties ("**Hazard Coal**"), and Kentucky Power Company ("**Kentucky Power**"):

## STATEMENT OF JURISDICTION AND VENUE

1. This Court has jurisdiction based upon diversity of citizenship, pursuant to 28 U.S.C. 1332(a)(1), as the amount in controversy exceeds $75,000, and this action is between citizens of different states.

2. Plaintiff, Jennmar, is a limited liability company organized and existing under the laws of Pennsylvania, with its principal place of business at 160 Technology Drive, Canonsburg, Pennsylvania 15317. Jennmar is owned 100% by Calandra Group, LLC ("**Calandra Group**"). Calandra Group is a limited liability company organized and existing under the laws of Delaware with its principal place of business in Pennsylvania. The members/owners of Calandra Group are Karl A. Calandra, Michael F. Calandra, Paul J. Calandra, and the Frank Calandra Family Limited Partnership. The Frank Calandra Family Limited Partnership is a limited partnership organized and existing under the laws of Pennsylvania with its principal place of business in Pennsylvania. The members/owners of the Frank Calandra Family Limited Partnership are Karl A. Calandra, Kara Calandra Charbonneau, and Kim Tohme. All of the individual members / owners named above are residents and citizens of Pennsylvania.

3. Defendant, American Resources Corporation, is a corporation organized and existing under the laws of the State of Florida, with its principal place of business at 12115 Visionary Way, Suite 174 Fishers, Indiana 46038

4. Defendant, American Carbon Corporation, is a corporation organized and existing under the laws of the State of Indiana, with its principal place of business at 12115 Visionary Way, Suite 174, Fishers, Indiana 46038.

5. Defendant, McCoy Elkhorn Coal, LLC, is a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business at 12115 Visionary Way, Suite 174, Fishers, Indiana 46038.

6. The last known trustee of Defendant, Octavia J. Foster Revocable Trust, is now deceased. Upon information and belief, the unknown successor trustee of the revocable trust is a citizen of the State of California.

7. Defendant, BHS Pike County, LLC, is a limited liability company organized and existing under the laws of the State of Kentucky, with its principal place of business at 460 Centerview Drive, Shepherdsville, Kentucky 40165.

8. Defendant, Perry County Resources, LLC, is a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business as 12115 Visionary Way, Suite 174, Fishers, Indiana 46038.

9. Defendant, FUB Mineral, LLC, is a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business as P.O. Box 264, Fishers, Indiana 46038.

10. Defendant, Hazard Coal Corporation, a/k/a and/or a/d/b/a Hazard Coal & Land Resource Royalties, is a corporation organized and existing under the laws of the State of Virginia, with its principal place of business as P.O. Box 14037, Lexington, Kentucky, 40512.

11. Defendant, Kentucky Power Company, is a corporation organized and existing under the laws of the State of Kentucky, with its principal place of business as 1 Riverside Plaza, Columbus, Ohio 43215.

12. There is complete diversity of citizenship between Plaintiff and all Defendants in this case. The amount in dispute in this action, exclusive of interest and costs, exceeds the sum of $75,000. Therefore, this Court has jurisdiction over this dispute under 28 U.S.C. § 1332.

13. Pursuant to 28 U.S.C. 1391(b)(2), venue is proper as Pike and Perry Counties, Kentucky are where a substantial part of the events or omission giving rise to the claims asserted herein occurred.

## GENERAL ALLEGATIONS

14. Plaintiff incorporates herein all prior allegations set forth above.

15. On or about April 15, 2021, Jennmar entered into a General Staffing Agreement with American Resources (See "Agreement" attached hereto and incorporated herein as "Exhibit 1") and agreed to an extension of the Agreement during all relevant times.

16. On or about April 20, 2021, American Resources submitted the New Account Credit/Information Form (the "Credit Application" attached hereto and incorporated herein as "Exhibit 2") to Jennmar and agreed to the terms and conditions of the Credit Application.

17. The Credit Application granted and created a purchase money security interest for any and all uninstalled ground control products and proceeds related to the same.

18. The Credit Application also included an obligation to pay invoices in accordance with the payment terms established in the Agreement or any subsequent sales order duly executed by Jennmar and American Resources.

19. Pursuant to the Agreement, American Resources agreed to pay Jennmar for its performance at the rates set forth on Exhibit A to the Agreement, as well as any additional costs or fees set forth in the Agreement and any "new or increased labor costs" which Jennmar was legally required to pay until the parties agreed on new bill rates, on a weekly basis.

20. Pursuant to the Agreement, payment terms were "net 10" from the date of invoice, including the undisputed portion of any partially disputed invoice.

21. At all times relevant to the allegations contained within this Amended Complaint, and pursuant to the Agreement, Jennmar agreed to provide staffing services to American Resources, as lessee holding or owning a leasehold, to perform labor and/or provide other things of value relating to the development or improvement of the leasehold.

22. At all times relevant to the allegations contained within this Amended Complaint, American Resources held or owned a leasehold relating to coal, and/or other minerals, extraction located on or under the following real estate:

   a. Carnegie 2 Mine, 2500 – 3000 – 5450 Meathouse Road/Route 194 East, Kimper, Pike County, Kentucky 41537 ("Carnegie 2 Mine");

   b. Perry County Resources Mining Complex, 1845 S. KY Highway 15 (Davidson Branch), Hazard, Perry County, Kentucky 41701 ("Perry Mine" and, together with the Carnegie 2 Mine, collectively, the "Mines").

23. Pursuant to the Agreement, American Resources agreed to pay for all services provided by Jennmar at the rates provided in the Agreement.

24. Jennmar provided staffing services for both the Carnegie 2 Mine and the Perry Mine to: (a) perform actual mining operations, including extraction of minerals; (b) maintenance of structural support; (c) improvements to each mine; (d) maintenance and repair of equipment used in connection with the mining operations, including extraction; (e) air systems supporting the mining operation; (f) water systems supporting the mining operation; and (g) all other necessary and/or desired maintenance, support, repair, and execution of all mining and related operations

which took place at the mines and elsewhere, as required, including, but not limited to, the time period of January 16, 2023 through March 19, 2023.

25. Jennmar provided staffing services, materials, and/or equipment to improve and maintain all mining operations, including improvements and maintenance of the structure of the Mines, and thereby improved the leaseholds of American Resources.

26. All services were furnished to American Resources on and before March 19, 2023.

27. At all times relevant to the allegations contained within this Amended Complaint, Jennmar faithfully and fully performed its contractual obligations contained in the Agreement, the Credit Application, and all other terms and conditions related to the services, materials, and equipment provided by Jennmar in connection with the operation and maintenance of the Mines.

28. As of April 12, 2023, American Resources owed an outstanding balance for the services provided by Jennmar of One Million, Seven Hundred Thirty-Six Thousand, Two Hundred Twenty-Six and 27/100 Dollars ($1,736,226.27), as shown on the Detailed Statement of Account (the "Statement of Account"), attached hereto and incorporated herein as "Exhibit 3".

29. On July 10, 2023, counsel for Jennmar delivered a Notice of Intent to Lien ("Pike County Lien Notice", attached hereto and incorporated herein as "Exhibit 4") upon American Resources, among other Defendants, for One Million, Two Hundred Ninety-Six Thousand, Nine Hundred Fifty-Six and 26/100 Dollars ($1,296,956.26) in past due amounts owed for labor and materials provided to American Resources, related to the improvement of the property and/or mining materials located at Carnegie 2 Mine.

30. Also on July 10, 2023, counsel for Jennmar delivered a Notice of Intent to Lien ("Perry County Lien Notice", attached hereto and incorporated herein as "Exhibit 5") upon American Resources, among other Defendants, for Four Hundred Thirty-Nine Thousand, Two

Hundred Seventy and 01/100 Dollars ($439,270.01) in past due amounts owed for labor and materials provided to American Resources, related to the improvement of the property and/or mining materials located at Perry Mine.

31. On September 12, 2023, Jennmar recorded a Statement of Mechanic's and Materialman's Lien against American Resources' ownership and/or leasehold interest ("Mineral Rights") as described in said lien, recorded in the Pike County Records at Mechanics Lien Book 12, Pages 296-315 for the total past due amounts (the "Pike County Lien", attached hereto and incorporated herein as "Exhibit 6").

32. On September 13, 2023, Jennmar recorded a Statement of Mechanic's and Materialman's Lien against American Resources' Mineral Rights as described in said lien, recorded in the Perry County Records at Mechanics Lien Book 8, Pages 580-1 for the total past due amounts (the "Perry County Lien", attached hereto and incorporated herein as "Exhibit 7").

## COUNT I

**(Breach of Contract)**

33. Plaintiff incorporates herein all prior allegations set forth above.

34. Jennmar provided staffing services for Defendant American Resources pursuant to the Agreement at two distinct locations known as the Carnegie 2 Mine located in Pike County, Kentucky and the Perry County Resources Mining Complex located in Perry County, Kentucky from January 16, 2023 until on or about March 19, 2023.

35. Defendant American Resources owes to Plaintiff Jennmar for staffing services furnished at the Carnegie 2 Mine, the amount of $1,296,956.26, and for services furnished at the Perry Mine, the amount of $439,270.01 for a total of $1,736,226.27. A true and accurate copy of the Statement of Account is attached hereto as Exhibit "3," and is incorporated herein.

36. Plaintiff satisfied all conditions precedent entitling it to payment pursuant to the Agreement and Credit Application.

37. Plaintiff has demanded payment from Defendant American Resources, but said Defendant has failed and refused to pay, thereby breaching the Contract.

## COUNT II

### (Unjust Enrichment)

38. Plaintiff incorporates herein all prior allegations set forth above.

39. Pursuant to a Special Warranty Deed and Easement (the "FUB Deed"), Defendant FUB became an owner in the coal strata known as the "Amburgey" and "Elkhorn #3" seams of coal located on, under, or within the Perry Mine, dated October 1, 2021 and recorded in the Perry County Records at Deed Book 418, Page 135.

40. Plaintiff, Jennmar, performed services and provided materials and equipment for the maintenance and improvement of the Perry Mine.

41. Defendant, FUB, either on its own or through its affiliate American Resources, was aware of and knowingly received said benefits to the Perry Mine.

42. Plaintiff, Jennmar, is still owed the sum of $439,270.01 plus interest from the due dates until the date of payment for the services, materials, and equipment, which amount represents the reasonable value of said services, materials and equipment provided.

43. Retention of the benefits described above by Defendant, FUB, without payment for the same would be unjust, and FUB would be thereby unjustly enriched.

44. Upon information and belief, FUB has not paid Jennmar, American Resources, or any other party, whether to this lawsuit or otherwise, for said services, material, or equipment used at the Perry Mine.

45. As a consequence of the unjust enrichment of Defendant, FUB, Plaintiff, Jennmar, has been damaged in the amount of $439,270.01 for Perry Mine, plus interest at the contractual rate from the due date until the date of payment and should receive restitution in that amount.

## COUNT III

**(Foreclosure on the Pike County Lien)**

46. All prior allegations set forth above are incorporated herein.

47. To secure payment for the labor services provided on the Carnegie 2 Mine, Plaintiff Jennmar filed a Statement of Mechanic's and Materialman's Lien against any ownership and/ or leasehold interest that Defendant American Resources has in the Carnegie 2 Mine including mineral rights as more fully described in the Statement of Mechanic's and Materialman's Lien attached hereto as Exhibit 6 which was recorded with the Pike County Recorder on September 12, 2023 at Book 12, Pages 296-315 of the Pike County, Kentucky Lien Records.

48. Plaintiff served said Lien Statement as required by law and satisfied all other conditions necessary to perfect said lien.

49. The Lien Statement attached hereto as Exhibit 6 is a valid and subsisting lien on the property rights and mineral interests described therein.

50. The Lien Statement attached as Exhibit 6 should be foreclosed upon and sold as provided by Kentucky law, and the proceeds therefrom applied to satisfy all amounts owed to Plaintiff as described in said Lien, plus interest and attorney fees.

51. Defendants American Resources Corporation, American Carbon Corporation, McCoy Elkhorn Coal Co., the Octavia J. Foster Revocable Trust, and BHS Pike County, LLC have or may claim some interest in the property and/ or mineral rights being foreclosed upon, and should be required to assert whatever interest, if any, they have or claim or be forever barred.

## COUNT IV

### (Foreclosure on the Perry County Lien)

52. All prior allegations set forth above are incorporated herein.

53. To secure payment for the labor services provided on the Perry County Resources Mining Complex, Plaintiff Jennmar filed a Statement of Mechanic's and Materialman's Lien against any ownership and/ or leasehold interest that Defendant American Resources has in the Perry County Resources Mining Complex including mineral rights as more fully described in the Statement of Mechanic's and Materialman's Lien attached hereto as Exhibit 7 which was recorded with the Perry County Recorder on September 13, 2023 at ML 8, Pages 580-581 of the Perry County, Kentucky Lien Records.

54. Plaintiff served said Lien Statement as required by law and satisfied all other conditions necessary to perfect said lien.

55. The Lien Statement attached hereto as Exhibit 7 is a valid and subsisting lien on the property rights and mineral interests described therein.

56. The Lien Statement attached as Exhibit 7 should be foreclosed upon and sold as provided by Kentucky law, and the proceeds therefrom applied to satisfy all amounts owed to Plaintiff as described in said Lien, plus interest and attorney fees.

57. Defendants American Resources Corporation, Perry County Resources, LLC, FUB Mineral, LLC, Hazard Coal Corporation a/k/a and/or a/d/b/a Hazard Coal & Land Resource Royalties, and Kentucky Power Company have or may claim some interest in the property and/ or mineral rights being foreclosed upon, and should be required to assert whatever interest, if any, they have or claim or be forever barred.

WHEREFORE, Plaintiff, Compliance Staffing Agency, LLC d/b/a Jennmar Services demands judgment as follows:

A) against Defendant American Resources Corporation in the amount $1,736,226.27 plus interest from the due date until paid in full, attorney fees, and costs incurred herein;

B) against Defendant FUB Mineral, LLC in the amount of $439,270.01 for services provided at the Perry Mine by Plaintiff, Jennmar, plus pre-judgment interest and post-judgment interest, costs, expenses, and reasonable attorneys' fees incurred herein;

C) against all Defendants requiring them to assert whatever interests they may claim in the property, leaseholds, and mineral rights that are the subject of this Amended Complaint or be forever barred, foreclosing on the attached Liens, ordering that the property interests and mineral rights described therein be sold as provided by Kentucky law, and the proceeds therefrom applied to satisfy all amounts owed to Plaintiff as described in said Liens, plus interest, costs, and attorneys' fees incurred herein; and

D) For such further relief as this Court deems just and equitable.

Respectfully submitted,

/s/ *Thomas R. Yocum*
Thomas R. Yocum, Esq. (#79431)
Julie A. Neuroth, Esq. (#88509)
YOCUM & NEUROTH, LLC
1 Levee Way, Suite 3109
Newport, Kentucky 41071
Telephone: 859-291-5500
E-mail: tom@ynlawusa.com
E-mail: julie@ynlawusa.com
*Attorneys for Plaintiff,*
*Compliance Staffing Agency, LLC*
*d/b/a Jennmar Services, LLC*
*f/k/a Jennmar Corporation*

## **JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable herein.

*/s/ Thomas R. Yocum*
Thomas R. Yocum (#0002437)
