**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CASE NO. 7:23-CV-00093-KKC**

**COMPLIANCE STAFFING AGENCY, LLC**                                    **Plaintiff**

**V.**

**AMERICAN RESOURCES CORPORATION,**                              **Defendants**
**ET AL.**

## ANSWER & CROSS-CLAIM OF DEFENDANT KENTUCKY POWER COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

### ANSWER

Defendant, Kentucky Power Company ("Kentucky Power") states as follows for its Answer to the First Amended Complaint filed by Plaintiff, Compliance Staffing Agency, LLC ("Compliance"):

### FIRST DEFENSE

The Plaintiff's First Amended Complaint fails to state claims upon which relief may be granted and should be dismissed.

### SECOND DEFENSE

Defendant Kentucky Power asserts all defenses set forth in Rules 8 and 12 of the Kentucky Rules of Civil Procedure, which are supported by the facts, as if fully set forth herein.

### THIRD DEFENSE

Any easements or transmission or distribution lines owned and operated by Kentucky Power prior to the events alleged in the First Amended Complaint are superior in right to those claimed by the plaintiff.

## **FOURTH DEFENSE**

In response to the numbered paragraphs of Plaintiff's First Amended Complaint, Defendant Kentucky Power states as follows:

1. Kentucky Power admits, as alleged in Paragraph 57 of the Plaintiff's First Amended Complaint, that it has an interest in any and all Real Property in Perry County, Kentucky that is owned by American Resources Corporation ("ARC") and/or Perry County Resources ("PCR") that may be the subject of the First Amended Complaint herein by virtue of a properly filed judgment lien as described more fully hereinbelow (the "Judgment Lien"). Kentucky Power further acknowledges that the debt secured by the Judgment Lien described in the First Amended Complaint is the subject of a binding Forbearance Agreement entered into between Kentucky Power and ARC and PCR on or about November 20, 2023 (the "Forbearance Agreement"). Pursuant to the terms of the Forbearance Agreement, Kentucky Power has, at the time of the filing of this Answer & Cross Claim, agreed to suspend activities relating to execution upon the Judgment. Should ARC and/or PCR default under the terms of the Forbearance Agreement, Kentucky Power has an immediate right to recommence collection activities, including, but not limited to, enforcement of the Judgment Lien.

2. Kentucky Power admits the allegations contained in Paragraph 11.

3. Kentucky Power is without knowledge or sufficient information to form belief as to the truth of the allegations contained in the remaining paragraphs of the First Amended Complaint, and therefore denies same, except insofar as the truth thereof is established by public record.

4. Any allegations not specifically admitted herein are hereby denied.

19331025v1

## CROSS-CLAIM

Defendant, Kentucky Power Company, by counsel, and for its Cross-Claim against the Defendants American Resources Corporation, Perry County Resources and all other Defendants named in the Plaintiff's First Amended Complaint, states as follows:

1. That Defendant Kentucky Power Company is company organized under and authorized to do business in the Commonwealth of Kentucky;

2. That Defendants, American Resources Corporation and Perry County Resources at all times relevant to this Cross-Claim, had ownership of property that is the subject of this litigation, which is more fully described in the First Amended Complaint;

3. That on November 29, 2022, Kentucky Power secured a judgment against Perry County Resources, LLC and American Resources Corporation in the Perry Circuit Court, in the principal amount of $633,688.61 with pre- and post-judgment interest accruing thereon at the statutory rate.

4. Kentucky Power perfected its interest through the filing of a judgment lien against Perry County Resources, LLC on November 17, 2023 of record in Lis Pendens Book 0064, Page 0374 in the Perry County Clerk's Office. A copy of the judgment lien is attached hereto as Exhibit A.

5. Kentucky Power perfected its interest through the filing of a judgment lien against American Resources Corporation on November 17, 2023 of record in Lis Pendens Book 0064, Page 0377 in the Perry County Clerk's Office. A copy of the judgment lien is attached hereto as Exhibit B;

6. As set forth hereinabove, the debt that is the subject of the Judgment Lien referenced herein is currently the subject of a binding Forbearance Agreement between Kentucky

19331025v1

Power and ARC/PCR. Pursuant to the terms of the Forbearance Agreement, Kentucky Power has, at the time of the filing of this Answer & Cross Claim, agreed to suspend any actions relating to execution upon the Judgment. Should ARC and/or PCR default under the terms of the Forbearance Agreement, Kentucky Power has an immediate right to recommence collection activities, including, but not limited to, enforcement of the Judgment Lien. Kentucky Power asserts its rights pursuant to the Judgment Lien pursuant to this Cross Claim for the sole purpose of acknowledging the validity and existence of the lien, but expressly acknowledges that it is bound by the express terms of the Forbearance Agreement. Accordingly, Kentucky Power's assertion and acknowledgment of the Judgment Lien through the filing of this pleading is not intended to, and should not be interpreted as "execution" activities against ARC and/or PCR as described in the Forbearance Agreement.

7. Therefore, Kentucky Power hereby asserts that it has liens on the real property described in the Complaint, which, as currently filed, secure indebtedness in the amount of: $633,688.61 with pre- and post-judgment interest accruing thereon at the statutory rate from November 17, 2023. Kentucky Power acknowledges that pursuant to the terms of the Forbearance Agreement and payments made thereunder, at the time of the filing of this pleading, the indebtedness secured by said judgment liens has decreased approximately $220,000.00 due to payments on the indebtedness.

8. Kentucky Power calls upon all other parties to assert their interests in the subject real property or be forever barred.

9. That the property described in the Plaintiff's First Amended Complaint is indivisible and cannot be divided without materially impairing its value and the value of the interest of Kentucky Power.

19331025v1

WHEREFORE, Defendant/Cross-Claimant, Kentucky Power Company, demands as follows:

1. That it recover from Perry County Resources, LLC and American Resources Corporation the amount of $633,688.61 - less those amounts paid, or to be paid under the terms of the Forbearance Agreement - with pre- and post-judgment interest accruing thereon at the statutory rate from November 29, 2022,

2. That in order to secure payment of its indebtedness and its judgments therefor, Kentucky Power be adjudged a lien in the proper priority, and that it be enforced upon a sale of the real property;

3. That upon sale of the real property pursuant to judgment herein, the lien of Kentucky Power attach to the proceeds of such sale and that Kentucky Power be allowed to withdraw such proceeds for application against said indebtedness;

4. That all parties of this action assert their interest in said property or be forever barred; and

5. That Kentucky Power recover its costs herein expended an any and all other relief to which it may appear entitled.

Respectfully submitted,

**STEPTOE & JOHNSON, PLLC**

*/s/ Nathaniel R. Kissel*
Nathaniel R. Kissel, Esq.
Andrew R. Smith, Esq.
100 W. Main Street, Suite 400
Lexington, KY 40507
Nate.kissel@steptoe-johnson.com
**ATTORNEYS FOR
KENTUCKY POWER COMPANY**

19331025v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 22nd day of February, 2024 served a copy of the foregoing document was served via first-class U.S. Mail, postage prepaid, upon the following:

Thomas R. Yocum, Esq.
Julie A. Neuroth, Esq.
YOCUM & NEUROTH, LLC
1 Levee Way, Suite 3109
Newport, KY 41071
tom@ynlawusa.com
julie@ynlawusa.com
*Counsel for Plaintiff*

Douglas T. Logsdon, Esq.
McBRAYER PLLC
201 East Main Street, Suite 900
Lexington, KY 40507
dlogsdon@mcbrayerfirm.com
*Counsel for Defendant, Hazard Coal Corporation*

Stanton L. Cave, Esq.
STAN CAVE LAW OFFICE PLLC
P.O. Box 910457
Lexington, KY 40591
stan.cave@stancavelaw.com
*Counsel for Defendant, Hazard Coal Corporation*

          */s/ Nathaniel R. Kissel, Esq.*
          **ATTORNEY FOR**
          **KENTUCKY POWER COMPANY**

19331025v1