UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| COMPLIANCE STAFFING AGENCY, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | Case No. 7:23-cv-00093-KKC |
| ) | |
| AMERICAN RESOURCES CORPORATION, ) *et al.*, | |
| ) | |
| DEFENDANTS. ) | |

**JOINT MOTION TO ENTER AGREED ORDER OF DISMISSAL
BETWEEN COMPLIANCE STAFFING AGENCY, LLC,
HAZARD COAL CORPORATION AND KENTUCKY POWER COMPANY**

Come the plaintiff, Compliance Staffing Agency, LLC, d/b/a Jennmar Services **("Jennmar")**, defendant, Hazard Coal Corporation **("Hazard Coal")**, and defendant, Kentucky Power Company **("Kentucky Power")**, by and through counsel, and jointly move the Court to enter the Agreed Order of Dismissal Among Compliance Staffing Agency, LLC, Hazard Coal Corporation and Kentucky Power Company (the **"Agreed Order of Dismissal")** which is tendered herewith. Jennmar, Hazard Coal and Kentucky Power may collectively be referred to as the **"Parties"**. In support of their joint motion to enter the Agreed Order of Dismissal, the Parties jointly state as follows:

1. The Parties have agreed to voluntary dismiss claims, release liens and waive execution of judgment(s) upon against any and all real property, improvements, fixtures, trade fixtures and/or personal property located in, on or under property at the Perry County Coal Mine in Perry County, Kentucky (where Hazard Coal's property is located) (the **"Perry County Mine")** except for property owned by defendant, FUB Mineral LLC, at the Perry County Mine, at the

commencement of this case, under a deed, dated October 1, 2021, appearing of record in Deed Book 418, Pate 135, in the Perry County Clerk's Office (the **"FUB Property"**).

2. By Order, entered on May 15, 2025 [R.103 (the **"Summary Judgment Order"**)], this Court granted Hazard Coal's motion for partial summary judgment against Jennmar, filed January 13, 2024 [R.94], in which the Court, among other things, adjudicated that Jennmar did not have a materialman's and mechanics' lien against any leasehold from Hazard Coal, against any leasehold improvements on a leasehold from Hazard Coal or against any of Hazard Coal's property.

3. By the Summary Judgment Order, the Court also granted Jennmar's motion for partial summary judgment against defendant, American Resources Corporation **("ARC")**, filed March 12, 2025 [R.98], in which in which the Court, among other things, adjudicated a judgement in favor of Jennmar and against ARC in the amount of $1,736,226.27, plus costs, expenses and attorneys' fees, which the Court also ordered ARC to pay to Jennmar.

4. The Summary Judgment Order disposed of Jennmar's claims against Hazard Coal and rendered Hazard Coal's cross-claims against the other defendants moot.

5. As set forth in its Notice of Satisfaction and Disclaimer of Interest filed herein by Kentucky Power [R.102], the judgment liens that formed the basis of Kentucky Power's claims herein have been satisfied in full and the liens themselves fully released. Accordingly, Kentucky Power has no remaining interest in this litigation,

6. Pursuant to Fed.R.Civ.P. 54(b), on July 3, 2025, Jennmar filed a motion for the Court to, among other things, certify that part of the Summary Judgment Order against ARC as final and appealable to allow, among other things, Jennmar to begin executing on ARC's property/assets [R.111 (the **"Motion to Certify"**)].

2

7. By entry of the proposed Agreed Order of Dismissal, (i) Jennmar's claims against Hazard Coal and rights of appeal of the Summary Judgment Order will be dismissed, (ii) Jennmar's claims against Kentucky Power will be dismissed, (iii) Hazard Coal's and Kentucky Power's counterclaims against Jennmar will be dismissed, and (iv) Hazard Coal's and Kentucky Power's cross-claims against each other and the other defendants will be dismissed.

8. No other defendant has asserted a cross-claim against Hazard Coal.

9. No other defendant has asserted a cross-claim against Kentucky Power.

10. If the claims, counterclaims and cross-claims involving Jennmar, Hazard Coal and Kentucky Power are dismissed by entry of the Agreed Order of Dismissal, Hazard Coal and Kentucky Power will no longer be parties to this action.

11. Upon the entry of the Agreed Order of Dismissal, the conditions of the Motion to Certify under Fed.R.Civ.P. 54(b) will be satisfied with respect to Jennmar, Hazard Coal and Kentucky Power, leaving little, if any, reason not to grant Jennmar's Motion to Certify.

12. The Summary Judgment Order shall survive entry of the Agreed Order of Dismissal of Hazard Coal from this action and shall be and remain binding and enforceable against Jennmar notwithstanding any subsequent order, judgment or appeal in this case.

13. Entry of the Agreed Order of Dismissal will further the policy of encouraging the Parties to resolve disputes.

14. Entry of the Agreed Order of Dismissal will aid and facilitate judicial economy by bringing about a earlier resolution of this case among all the parties to this action.

15. The Parties agreement as represented in the proposed Agreed Order of Dismissal is conditioned upon entry of the Agreed Order of Dismissal. Notwithstanding anything in this joint motion or in the proposed Agreed Order of Dismissal, if the Agreed Order of Dismissal is not

timely entered, the Parties' agreements in the proposed Agreed Order of Dismissal shall be null and void and of no force or effect.

    WHEREFORE, the Parties jointly request that the proposed Agreed Order of Dismissal be entered.

    Respectfully submitted,

*/s/ Julie A. Neuroth*

_____
Julie A. Neuroth, Esq.
Thomas R. Yocum, Esq.
Elisher J. Williams, Esq.
Yocum & Neuroth, LLC
1 Levee Way, Suite 3109
Newport, KY  41071
Telephone:  (859) 291-5500
Email: julie@ynlawusa.com
Email: tom@ynlawusa.com
Email: eli@ynlawusa.com

*Counsel for Plaintiff, Compliance Staffing Agency, LLC, d/b/a Jennmar Services*

/s/ Stanton L. Cave
_____
Stanton L. Cave, Esq.
Stan Cave Law Office PLLC
P.O. Box 910457
Lexington, KY  40591-0457
Telephone:  (859) 361-6871
Emal:  stan.cave@stancavelaw.com

/s/ Douglas T. Logsdon
_____
Douglas T. Logsdon, Esq.
McBRAYER PLLC
201 East Main Street, Suite 900
Lexington, KY  40507
Telephone:  (859) 231-8780
Facsimile:  (859) 231-1175
Email:  dlogsdon@mcbrayerfirm.com

*Counsel for Defendant, Hazard Coal Corporation*



/s/ Nathaniel R. Kissel
_____
Nathaniel R. Kissel, Esq.
Andrew R. Smith, Esq.
Steptoe & Johnson, PLLC
100 W. Main Street, Suite 400
Lexington, KY  40507
Email:  Nate.kissel@steptoe-johnson.com

*Counsel for Defendant, Kentucky Power Company*

5

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was electronically served via the Court's CM/ECF filing system on July 23, 2025.

/s/ *Julie A. Neuroth*

_____
Julie A. Neuroth, Esq.
Thomas R. Yocum, Esq.
Elisher J. Williams, Esq.
Yocum & Neuroth, LLC
1 Levee Way, Suite 3109
Newport, KY  41071
Telephone:  (859) 291-5500
Email: julie@ynlawusa.com
Email: tom@ynlawusa.com
Email: eli@ynlawusa.com

*Counsel for Plaintiff, Compliance Staffing Agency, LLC, d/b/a Jennmar Services*