UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| COMPLIANCE STAFFING AGENCY, LLC, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | )  Case No. 7:23-cv-00093-KKC |
| | ) |
| AMERICAN RESOURCES CORPORATION, *et al.*, | ) |
| | ) |
| DEFENDANTS. | ) |

### AGREED ORDER OF DISMISSAL AMONG COMPLIANCE STAFFING AGENCY, LLC, HAZARD COAL CORPORATION AND KENTUCKY POWER COMPANY

This matter is before the Court upon the agreement and joint request of the plaintiff, Compliance Staffing Agency, LLC, d/b/a Jennmar Services **("Jennmar")**, and defendant, Hazard Coal Corporation **("Hazard Coal")**, to voluntary dismiss claims, release liens and waive execution of judgment(s) upon property/assets, subject to the terms and conditions set forth herein. This matter is also before the Court upon the agreement and joint request of Jennmar, Hazard Coal and defendant, Kentucky Power Company **("Kentucky Power")**. The Court has considered the agreements and joint requests of Jennmar, Hazard Coal and Kentucky Power, the record in this matter, and is otherwise duly and sufficiently advised.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1.  Jennmar, for itself and its parent companies, subsidiaries, and affiliates, and all of their respective members, shareholders, trusts, managers, directors, trustees, officers, and employees, fully and completely release Hazard Coal, and its shareholders, directors, officers, employees and attorneys, from any and all claims arising from or related to the allegations in

1

Jennmar's first amended complaint [R.11] and/or in Hazard Coal's answer, affirmative defenses and counterclaims against Jennmar [R.15].

2. All of Jennmar's claims asserted against Hazard Coal or which could have been asserted against Hazard Coal in this action shall be and hereby are dismissed with prejudice.

3. Hazard Coal, for itself and its affiliates, and all of their respective members, shareholders, trusts, managers, directors, trustees, officers and employees, fully and completely release Jennmar, and its members, managers, officers, employees and attorneys, from any and all claims arising from or related to the allegations in Jennmar's first amended complaint [R.11] and/or in Hazard Coal's answer, affirmative defenses and counterclaims against Jennmar [R.15].

4. All of Hazard Coal's counterclaims asserted against Jennmar or which could have been asserted against Jennmar shall be and hereby are dismissed with prejudice.

5. Jennmar covenants and agrees not to seek to alter, amend, vacate, or reconsider, or to prosecute any appeal from, the Order, entered on May 15, 2025, by this Court [R.103 (the **"Summary Judgment Order")**], granting Hazard Coal's motion for partial summary judgment against Jennmar, filed January 13, 2024 [R. 94], all of which rights of Jennmar are released and waived.

6. The Summary Judgment Order shall survive entry of this Agreed Order of Dismissal and the dismissal of Hazard Coal from this action and shall be and remain binding and enforceable against Jennmar notwithstanding any subsequent order, judgment or appeal in this case.

7. Jennmar covenants and agrees not to enforce, or attempt to enforce, any materialmen's and mechanics' lien(s) against any real property, improvements, fixtures, trade fixtures and/or personal property located in, on or under property at the Perry County Coal Mine

20250723 FINAL

in Perry County, Kentucky (where Hazard Coal's property is located) except for property owned by defendant, FUB Mineral LLC **("FUB")**, at the Perry County Coal Mine, in Perry County, Kentucky at the commencement of this case, under a deed, dated October 1, 2021, appearing of record in Deed Book 418, Page 135, in the Perry County Clerk's Office (the **"FUB Property"**).

8. Jennmar covenants and agrees not to exercise, or cause to be exercised, any post-judgment right or remedy to collect upon or enforce any judgment against any and all real property, improvements, fixtures, trade fixtures and/or personal property located in, on or under property at the Perry County Coal Mine, in Perry County, Kentucky (where Hazard Coal's property is located) except as against the FUB Property.

9. Because of Jennmar's covenants and agreements herein and the Summary Judgment Order, including without limitation the injunction against Jennmar from enforcement of any materialmen and mechanics' lien(s) against any leasehold, any leasehold improvements or other property of Hazard Coal as provided in the Summary Judgment Order, Hazard Coal's cross-claims against the other defendants and Kentucky Power's cross-claims against Hazard Coal are now moot.

10. Jennmar has executed and delivered to Hazard Coal a full and complete release of any and all liens, claims sand/or encumbrances in, to and/or against any and all real property, improvements, fixtures, trade fixtures and/or personal property in, on or under Hazard Coal's property in Perry County, Kentucky, represented by the "Statement of Mechanic's and Materialman's Lien", appearing of record in Mechanics' Lien Book 8, Page 580, in the Perry County Clerk's Office, in the form attached hereto as **Exhibit A** (the **"Partial Release").**

3

11.	Hazard Coal will hold the Partial Release until entry of this Agreed Order of Dismissal after which time Hazard Coal may record the Partial Release in the Perry County Clerk's Office at Hazard Coal's cost and expense.

12.	As set forth in its Notice of Satisfaction and Disclaimer of Interest filed herein by Kentucky Power [R.102], the judgment liens that formed the basis of Kentucky Power's claims herein have been satisfied in full and the liens themselves fully released.  Accordingly, Kentucky Power has no remaining interest in this litigation,

13.	Jennmar releases its claims against Kentucky Power with prejudice.

14.	Hazard Coal releases its cross-claim(s) against Kentucky Power, with prejudice.

15.	Kentucky Power releases its counterclaim(s) against Jennmar and its cross-claim(s) against Hazard Coal, with prejudice.

16.	Jennmar, Hazard Coal and Kentucky Power will be responsible for their own respective costs, expenses and attorneys' fees.

17.	Except as expressly provided in this Agreed Order of Dismissal, nothing herein shall prejudice any claim or claims of Jennmar against any party to this action, other than Hazard Coal and Kentucky Power as provided herein.

18.	Except as expressly provided in this Agreed Order of Dismissal, nothing herein shall prejudice the claims, rights and judgment in favor of Jennmar against defendant, American Resources Corporation, including without limitation any rights and judgment against American Resources Corporation under the Summary Judgment Order.

19.	There being no other claims against Hazard Coal, Hazard Coal shall be and hereby is dismissed as a party to this action.

20. There being no other claims against Kentucky Power, Kentucky Power shall be and hereby is dismissed as a party to this action.

21. Notwithstanding anything in this Agreed Order of Dismissal, if this Agreed Order of Dismissal or any of Hazard Coal's rights under the Summary Judgment Order are appealed or otherwise impaired by any other party to this proceeding, this Agreed Order of Dismissal shall be null and void and of no force or effect and upon filing of notice by Hazard Coal or Kentucky Power, Hazard Coal and/or Kentucky Power may be restored as parties to this proceeding without prejudice.

22. This Agreed Order of Dismissal is final and appealable with all rights to appeal being released and waived by Jennmar, Hazard Coal and Kentucky Power.

Date: July 25, 2025



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

**HAVE SEEN AND
AGREED TO BY:**

/s/ Julie A. Neuroth
_____
Julie A. Neuroth, Esq.
Thomas R. Yocum, Esq.
Elisher J. Williams, Esq.
Yocum & Neuroth, LLC
1 Levee Way, Suite 3109
Newport, KY  41071
Telephone:  (859) 291-5500
Email: julie@ynlawusa.com
Email: tom@ynlawusa.com
Email: eli@ynlawusa.com

*Counsel for Plaintiff, Compliance Staffing Agency, LLC,
d/b/a Jennmar Services*

20250723 FINAL

*/s/ Stanton L. Cave*

_____
Stanton L. Cave, Esq.
Stan Cave Law Office PLLC
P.O. Box 910457
Lexington, KY  40591-0457
Telephone:  (859) 361-6871
Emal:  stan.cave@stancavelaw.com


*/s/ Douglas T. Logsdon*

_____
Douglas T. Logsdon, Esq.
McBRAYER PLLC
201 East Main Street, Suite 900
Lexington, KY  40507
Telephone:  (859) 231-8780
Facsimile:  (859) 231-1175
Email:  dlogsdon@mcbrayerfirm.com

*Counsel for Defendant, Hazard Coal Corporation*


*/s/ Nathaniel R. Kissel*

_____
Nathaniel R. Kissel, Esq.
Andrew R. Smith, Esq.
Steptoe & Johnson, PLLC
100 W. Main Street, Suite 400
Lexington, KY  40507
Email:  Nate.kissel@steptoe-johnson.com

*Counsel for Defendant, Kentucky Power Company*

6